THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN WARD, Respondent, against J. VERNEL JACKSON, as Warden of Clinton State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.—

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ., concur.